# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-MJ-8050-BER |
| MATTHEW BRANDEN GARRELL | ) | |
| *Defendant* | ) | |

**FILED BY** _____TM_____ **D.C.**

**Feb 2, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MATTHEW BRANDEN GARRELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(d) and (e), Conspiracy to advertise child pornography

Date: 2/2/23

*Issuing officer's signature*

City and state: West Palm Beach, Florida

United States Magistrate Judge Bruce E. Reinhart
*Printed name and title*

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |

Date: _____

*Arresting officer's signature*

*Printed name and title*